UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/12/2022

YENSY CONTRERAS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

CHARITYBUZZ, LCC,

                Defendant.

No. 21-CV-9305 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the Court's Order dated November 15, 2021, the parties were to submit a joint letter within forty-five (45) days of service of the summons and complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *See* Dkt. 5. To date, no such letter has been filed. The parties are ordered to file said letter on or before January 26, 2022. Plaintiff is ordered to serve this Order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated:    January 12, 2022
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge